In re *John MacIver IV*, Case No. *10-22938*
      Debtor(s)               (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 11/20/2010

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Wallet*<br>*Location: In debtor's possession* | | $ 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Bank of America*<br>*Location: In debtor's possession* | | $ 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | *Security Deposit with girlfreind*<br>*Location: In debtor's possession* | | $ 2,150.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Misc. Appliances*<br>*Location: In debtor's possession* | | $ 1,000.00 |
| | | *Misc. Electronics*<br>*Location: In debtor's possession* | | $ 600.00 |
| | | *Misc. Furniture*<br>*Location: In debtor's possession* | | $ 600.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *Clothing and shoes*<br>*Location: In debtor's possession* | | $ 200.00 |
| 7. Furs and jewelry. | X | | | |

Page  1  of  3

In re **John MacIver IV**  ,    Case No. **10-22938**
           Debtor(s)                                                                  (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 11/20/2010
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | *Misc. Sports Equipment*  *Location: In debtor's possession* | | $ 650.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | *Capital One Garnished Funds*  *Location: In debtor's possession* | | $ 294.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining | X | | | |

Page __2__ of __3__

In re **John MacIver IV**,    Case No. **10-22938**
Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 11/20/2010
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2004 Volkswagon Beetle*<br>*Location: In debtor's possession* | | $ 6,588.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page  3  of  3     Total ➔    $ 12,093.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re _John MacIver IV_ ,                                                                                    Case No. _10-22938_
                                    Debtor(s)                                                                                          (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT
## Amended 11/20/2010

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☒ 11 U.S.C. § 522(b) (2)

☐ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 234 Mystic Rd., N. Stonington, Ct. | 11 USC 522(d)(1) | $ 0.00 | $ 300,000.00 |
| Wallet | 11 USC 522(d)(5) | $ 10.00 | $ 10.00 |
| Bank of America | 11 USC 522(d)(5) | $ 1.00 | $ 1.00 |
| Security Deposit with girlfreind | 11 USC 522(d)(5) | $ 2,150.00 | $ 2,150.00 |
| Misc. Appliances | 11 USC 522(d)(3) | $ 1,000.00 | $ 1,000.00 |
| Misc. Electronics | 11 USC 522(d)(3) | $ 600.00 | $ 600.00 |
| Misc. Furniture | 11 USC 522(d)(3) | $ 600.00 | $ 600.00 |
| Clothing and shoes | 11 USC 522(d)(3) | $ 200.00 | $ 200.00 |
| Misc. Sports Equipment | 11 USC 522(d)(3) | $ 650.00 | $ 650.00 |
| Capital One Garnished Funds | 11 USC 522(d)(5) | $ 294.00 | $ 294.00 |
| 2004 Volkswagon Beetle | 11 USC 522(d)(2)<br>11 USC 522(d)(5) | $ 3,450.00<br>$ 3,138.00 | $ 6,588.00 |

Page No. _1_ of _1_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re *John MacIver IV* _____ / Debtor     Case No. *10-22938*
                                                                      (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## Amended 11/20/2010

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Cashel Properties*<br>*141 Washington Street*<br>*Holliston MA   01746* | Contract Type: *Residential lease*<br>Terms: *1 year lease*<br>Beginning date: *5/1/2010*<br>Debtor's Interest: *Lessee*<br>Description: *Co-signed lease with girlfreind*<br>Buyout Option: |

Page __1__ of __1__

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

In re *John MacIver IV*                                         Case No. *10-22938*
                                                                Chapter  *7*

_____/ Debtor

## CHAPTER 7 STATEMENT OF INTENTION

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Webster Bank* | *234 Mystic Rd., N. Stonington, Ct.* |

Property will be (check one) :

☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain  *Avoid judgment liens*                      (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt      ☐ Not claimed as exempt

Property No. *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *People's United Bank* | *234 Mystic Rd., N. Stonington, Ct.* |

Property will be (check one) :

☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain  *Avoid judgment liens*                      (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt      ☐ Not claimed as exempt

Property No. *3*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Joann Lakes* | *234 Mystic Rd., N. Stonington, Ct.* |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain  *Avoid judgment liens*                    (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt     ☐ Not claimed as exempt

Property No. *4*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Macy's Retail Holdings* | *234 Mystic Rd., N. Stonington, Ct.* |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain  *Avoid judgment liens*                    (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt     ☐ Not claimed as exempt

Property No. *5*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Lawrence And Memorial Hospital* | *234 Mystic Rd., N. Stonington, Ct.* |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain  *Avoid judgment liens*                    (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt     ☐ Not claimed as exempt

Property No. *6*

| **Creditor's Name :** *Capital One* | **Describe Property Securing Debt :** *234 Mystic Rd., N. Stonington, Ct.* |
|---|---|

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain *Avoid judgment liens* (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

Property No. *7*

| **Creditor's Name :** *Duncan Taber LLC* | **Describe Property Securing Debt :** *234 Mystic Rd., N. Stonington, Ct.* |
|---|---|

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain *Avoid judgment liens* (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. *1*

| **Lessor's Name:** *Cashel Properties* | **Describe Leased Property:** *Co-signed lease with girlfreind* | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes  ☒ No |
|---|---|---|

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: *11/19/2010*          Debtor: */s/ John MacIver IV*

Date: _____          Joint Debtor: _____

**Case # 10-22938**

## CERTIFICATION

I, John MacIver IV, this date amend the attached Schedules B and C to reflect a security deposit, Schedule G to reflect an executory contract due to a co-signed lease, and amend statement of intention to indicate lease will not be assumed.

                                                /s/ John MacIver IV
                                                JOHN MACIVER IV

Dated: November 20, 2010

**Case # 10-22938**

## CERTIFICATION

I, Mark O. Grater, being the attorney for the debtors herein, certify that a copy of the amended Schedules B and C to reflect a security deposit, Schedule G to reflect an executory contract due to a co-signed lease, and amend statement of intention were sent to:

Anthony Novak
Trustee
*Via Electronic Notice Filing*

U.S. Trustee
*Via Electronic Notice Filing*

And that, a copy of the **petition**, a copy of the **341 Hearing Notice and amended schedule G** and amended statement of intention was also mailed this date to the following by regular mail to:

Cashel Properties
141 Washington Street
Holliston, Ma.  01746

                                                /s/ Mark O. Grater
Dated: November 20, 2010                              Mark O. Grater