B6D (Official Form 6D) (12/07)

In re *John MacIver IV*, Case No. 10-22938
                      **Debtor(s)**           (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended 11/20/2010

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: **6305**<br>*Creditor # : 1*<br>*Capital One*<br>*PO Box 71083*<br>*Charlotte NC 28272* | | *2006-02-27*<br>*Judgment Lien*<br><br>Value: *$ 300,000.00* | | | | $ 1,816.00 | $ 1,816.00 |
| Account No: **6305**<br>*Representing:*<br>*Capital One* | | *Howard Lee Schiff PC*<br>*510 Tolland Street*<br>*PO Box 280245*<br>*East Hartford CT 06108*<br>Value: | | | | | |
| Account No:<br>*Creditor # : 2*<br>*Duncan Taber LLC*<br>*52 Palmer Neck Rd.*<br>*Pawcatuck CT 06379* | X | *09-10*<br>*Judgment Lien*<br>*234 Mystic Rd., N. Stonington, Ct.*<br>Value: *$ 300,000.00* | | | | $ 35,892.00 | $ 35,892.00 |

2 continuation sheets attached

Subtotal $ (Total of this page)    $ 37,708.00    $ 37,708.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

In re *John MacIver IV*, Debtor(s)   Case No. 10-22938 (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended 11/20/2010

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Representing:*<br>*Duncan Taber LLC* | | *Block, Janney and Pascal, LLC*<br>*138 Main Street*<br>*Norwich CT 06360*<br><br>Value: | | | | | |
| Account No:<br>*Creditor # : 3*<br>*Joann Lakes*<br>*3920 Ball Harbour Blvd.*<br>*Punta Gorda FL 33950* | | *12-14-09*<br>*Third Mortgage*<br><br>Value: *$ 300,000.00* | | | | $ 10,000.00 | $ 10,000.00 |
| Account No:<br>*Creditor # : 4*<br>*Lawrence And Memorial Hospital*<br>*365 Montauk Ave.*<br>*New London CT 06320* | | *9-2-2008*<br>*Judgment Lien*<br><br>Value: *$ 300,000.00* | | | | $ 1,886.00 | $ 1,886.00 |
| Account No:<br>*Representing:*<br>*Lawrence And Memorial Hospital* | | *Michalik, Bauer, Silva et al*<br>*35 Pearl Street*<br>*Suite 300*<br>*New Britain CT 06051*<br><br>Value: | | | | | |
| Account No:<br>*Creditor # : 5*<br>*Macy's Retail Holdings* | | *4-7-05*<br>*Judgment Lien*<br><br>Value: *$ 300,000.00* | | | | $ 426.33 | $ 426.33 |
| Account No: *0001*<br>*Creditor # : 6*<br>*People's United Bank*<br>*PO Box 820*<br>*Burlington VT 05402-0820* | X | *2008-09-01*<br>*Second Morgtage*<br><br>Value: *$ 300,000.00* | | | | $ 49,444.00 | $ 17,278.00 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)    **$ 61,756.33**    **$ 29,590.33**

Total $ (Use only on last page)

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

**B6D (Official Form 6D) (12/07)   - Cont.**

In re *John MacIver IV*                    ,  Case No. *10-22938*
              **Debtor(s)**                                      **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## Amended 11/20/2010

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *9427*<br>*Creditor # : 7*<br>*Webster Bank*<br>*PO Box 1809*<br>*Hartford CT 06144-1809* | X | *6-25-2003*<br>*First Mortgage*<br><br>Value: *$ 300,000.00* | | | | *$ 267,834.00* | *$ 0.00* |
| Account No: *9427*<br>*Representing:*<br>*Webster Bank* | | *Webster Bank*<br>*First Federal Plaza*<br>*Waterbury CT 06720*<br><br>Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. *2* of *2* continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal $ (Total of this page) | *$ 267,834.00* | *$ 0.00* |
|---|---|---|---|
| | **Total $** (Use only on last page) | *$ 367,298.33* | *$ 67,298.33* |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

**Case # 10-22938**

## CERTIFICATION

I, John MacIver IV, this date amend the attached Schedules Schedule D to reflect a change from unsecured to secured status of a debt with Duncan Tabor LLC .

                                                  /s/ John MacIver IV
                                                  JOHN MACIVER IV

Dated: November 20, 2010
**Case # 10-22938**

## CERTIFICATION

I, Mark O. Grater, being the attorney for the debtors herein, certify that a copy of the amended Schedule D, a copy of the **petition**, a copy of the **341 Hearing Notice** (to reflect a change from unsecured to secured status of a debt with Duncan Tabor LLC) were sent to this date to:

Anthony Novak
Trustee
*Via Electronic Notice Filing*

U.S. Trustee
Via Electronic Notice Filing

Duncan Taber, LLC
52 Palmer Neck Rd.
Pawcatuck, Ct. 06379

Block, Janney & Pascal, LLC
138 Main Street
Norwich, Ct. 06340

                                                  /s/ Mark O. Grater
Dated: November 20, 2010                                Mark O. Grater